MORRIS COHEN v. EUGENE O. BEYER.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LIBERTY ADJUSTMENT CO., INC., v. MAURICE GILLETTE and Others.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. HOWARD A. SPERRY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MORRIS SIMIANSKY v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion for leave to appeal denied, with ten dollars costs; motion for stay granted upon appellant's filing an undertaking to secure payment of judgments and the undertaking prescribed by section 593 of the Civil Practice Act. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ROSE G. GOLDSTEIN, as Trustee, etc., v. ADOLPH S. HUMMEL, Individually and as Executor, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GLENBROOK COMPANY, INC., v. ABRAHAM S. PHILLIPS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CAROLYN K. SCHROEDER, as Administratrix, etc., v. ABERDEEN HOTEL CO., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BOTTLERS SEAL COMPANY, Suing, etc., v. ROY A. RAINEY and Others.— Motion for reargument denied. Motion for leave to appeal granted. Settle order containing questions to be certified on notice. Submit memoranda as to amount of undertaking required to secure payment of any money judgment that may be recovered in the event of affirmance. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of BAINBRIDGE COLBY against IMBRIE & COMPANY, LTD., and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation) v. NORWEGIAN ATLAS INSURANCE COMPANY, LTD.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUIS FRANK v. CHARLES GARCIA and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROSE B. SCOGNAMILLO, as Executrix, etc., v. FRANCIS C. COPPICUS.— Motion granted as indicated in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE F. WILLETT and Others v. CHASE NATIONAL BANK and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GERTRUDE G. SINGER, as Executrix, etc., v. JOHN McCOY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.